Jared M. Sechrist (NV Bar No. 10439)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
6325 South Rainbow Blvd, Suite 110
Las Vegas, NV 89118
Telephone:    702-789-3100
Facsimile:    702-822-2650

Attorneys for Defendants
Solpac Construction, Inc. and
Safeco Insurance Company of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HELIX ELECTRIC OF NEVADA, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>SOLPAC CONSTRUCTION, INC., a Nevada foreign corporation d/b/a SOLTEK PACIFIC CONSTRUCTION COMPANY; and SAFECO INSURANCE COMPANY OF AMERICA,<br><br>    Defendants. | Case No. 2:14-cv-01842-JAD-PAL<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| SOLPAC CONSTRUCTION, INC., a Nevada foreign corporation d/b/a SOLTEK PACIFIC CONSTRUCTION COMPANY; and SAFECO INSURANCE COMPANY OF AMERICA,<br><br>    Counterclaimants,<br><br>vs.<br><br>HELIX ELECTRIC OF NEVADA, LLC, a Nevada limited liability company,<br><br>    Counterdefendant. | |

Plaintiff Helix Electric of Nevada, LLC ("Plaintiff"), by and through its counsel, Parker, Nelson & Associates, Chtd., and Defendants Solpac Construction, Inc. d/b/a Soltek Pacific Construction Company and Safeco Insurance Company of America (collectively, "Defendants"), by and through their counsel of record, Watt, Tieder, Hoffar & Fitzgerald, L.L.P., hereby

9782127.1 101589.00021

1  stipulate and agree that this entire action shall be dismissed WITH prejudice.

2  IT IS SO STIPULATED.

3  DATED this 22nd day of May, 2015.    DATED this __ day of May, 2015.

4  **PARKER, NELSON & ASSOCIATES, CHTD.**    **WATT, TIEDER, HOFFAR & FITZGERALD, LLP**

6  By: _____    By: /s/ Jared M. Sechrist
7  THEODORE PARKER, III, ESQ.    JARED M. SECHRIST, ESQ.
   Nevada Bar No. 4716    Nevada Bar No. 10439
8  2460 Professional Ct., Suite 200    6325 S. Rainbow Blvd., Suite 110
   Las Vegas, Nevada 89128    Las Vegas, Nevada 89118
9  *Attorney for Plaintiff*    *Attorney for Defendants*

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: May 26, 2015.

_____
UNITED STATES DISTRICT COURT

9782127.1 101589.00021         - 2 -

1  stipulate and agree that this entire action shall be dismissed WITH prejudice.

2  IT IS SO STIPULATED.

3  DATED this __ day of May, 2015.                      DATED this 26th day of May, 2015.

4  **PARKER, NELSON & ASSOCIATES, CHTD.**              **WATT, TIEDER, HOFFAR & FITZGERALD, LLP**

6  By:_____                   By: /s/ Jared M. Sechrist_____
7  THEODORE PARKER, III, ESQ.                           JARED M. SECHRIST, ESQ.
   Nevada Bar No. 4716                                  Nevada Bar No. 10439
8  2460 Professional Ct., Suite 200                     6325 S. Rainbow Blvd., Suite 110
9  Las Vegas, Nevada 89128                              Las Vegas, Nevada 89118
   *Attorney for Plaintiff*                             *Attorney for Defendants*

12                              **IT IS SO ORDERED** (crossed out)

14                              _____
                                UNITED STATES DISTRICT JUDGE

                                DATED:_____

9782127.1 101589.00021                    - 2 -